IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JOAQUIN TORRES-RIOS,

       Appellant,

 v.                                  Case No.  5D16-2235

STATE OF FLORIDA,

       Appellee.

_____/

Opinion filed December 16, 2016

3.800 Appeal from the Circuit Court
for Orange County,
Alicia Latimore, Judge.

Joaquin Torres-Rios, Sneads, pro se.

No Appearance for Appellee.

PER CURIAM.

     Appellant, Joaquin Torres-Rios, appeals the trial court's summary denial of his Florida Rule of Criminal Procedure 3.800(a) Motion to Correct Illegal Sentence.  We affirm the denial of Appellant's first and third claims.  We reverse with regard to Appellant's second claim in which he argued that he was illegally sentenced to consecutive minimum mandatory sentences where there was only a single discharge of the firearm and only one person was shot during a single criminal episode, and we instruct the postconviction court to enter an amended order providing for concurrent sentences instead.  *See*

*Williams v. State*, 186 So. 3d 989, 993 (Fla. 2016); *Cook v. State*, 775 So. 2d 425, 426 (Fla. 5th DCA 2001).

AFFIRMED in part; REVERSED in part; and REMANDED with instructions.

ORFINGER, LAMBERT, and EDWARDS, JJ., concur.